

ORDERED in the Southern District of Florida on July 18, 2025.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

TODD ALRIC HEIBEL                    Case No.: 24-12330-LMI

    Debtor.                           Chapter 7
_____/

### ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF ORDER REVOKING DEBTOR'S DISCHARGE AND FOR ENTRY OF JUDGMENT AGAINST DEBTOR

**THIS CAUSE** having come before the Court upon the *Order Granting Trustee's Motion For Entry Of Order Revoking Debtor's Discharge And For Entry Of Judgment Against Debtor* (DE#74) ("**Order**") and the *Notice of Non-Compliance* (ECF#80) ("**Non-Compliance**") by Barry E. Mukamal, Chapter 7 Trustee for Todd Alric Heibel (the "**Trustee**"). After reviewing the Order and Non-Compliance filed by the Trustee, having reviewed the *Order Granting Motion to Approve Stipulation to Compromise Controversy* (ECF#39), noting TODD ALRIC HEIBEL (the "**Debtor**") has failed to make payments required by the Order, and for good cause having been shown, the Court **ORDERS** and **ADJUDGES** as follows:

    1.    Pursuant to 11 U.S.C. § 727(d), the *Order of Discharge* (ECF#44) entered on August 20, 2024 discharging the Debtor is hereby **REVOKED**.

2. All releases, discharges, and resolution in the Stipulation to Compromise Controversy[1], as approved by the *Order Granting Motion to Approve Stipulation to Compromise Controversy* (ECF#39), are **TERMINATED**, **VOID**, and **OF NO FURTHER EFFECT**.

3. The Court retains jurisdiction to enforce the terms of this Order.

#    #    #

Submitted By:
Barry S. Turner, Esq.
Barry S. Turner P.A.
PO Box 330189
Miami, Florida 33233
Tel: (305) 699-4392
Email: bt@bstpa.com
*Counsel for Barry E. Mukamal, Trustee*

*Attorney Turner shall serve copies of this Order on all parties of record who do not receive service via CM/ECF, and to file proof of such service within three (3) business days from entry of the Order.*

---

[1] The Stipulation to Compromise Controversy is attached as Exhibit 1 to the Trustee's Motion to Approve Stipulation to Compromise Controversy (ECF#28).