

ORDERED in the Southern District of Florida on July 18, 2025.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

TODD ALRIC HEIBEL                                  Case No.: 24-12330-LMI

    Debtor.                                              Chapter 7

_____/

## FINAL JUDGMENT

**THIS CAUSE** having come before the Court upon the *Order Granting Trustee's Motion For Entry Of Order Revoking Debtor's Discharge And For Entry Of Judgment Against Debtor* (DE#74) ("**Order**") and the *Notice of Non- Compliance* (ECF#80) ("**Non-Compliance**") by Barry E. Mukamal, Chapter 7 Trustee for Todd Alric Heibel (the "**Trustee**"). After reviewing the Order and Non-Compliance filed by the Trustee, having reviewed the *Order Granting Motion to Approve Stipulation to Compromise Controversy* (ECF#39), noting TODD ALRIC HEIBEL (the "**Debtor**") has failed to make payments required by the Order, and for good cause having been shown, the Court **ORDERS** and **ADJUDGES** as follows:

    1.    Final Judgment is entered in favor of BARRY E. MUKAMAL, not individually but as Chapter 7 Trustee of the Estate of the TODD ALRIC HEIBEL and against TODD ALRIC HEIBEL.

2. Final Judgment is entered in favor of the Barry S. Turner P.A. and against TODD ALRIC HEIBEL.

3. The Trustee shall recover from TODD ALRIC HEIBEL the grand total amount of **$5,361.86.**

4. The grand total amount due and owing to which Paragraph 3 refers shall bear interest from this date forward at the prevailing legal rate of interest for which let execution issue.

5. Barry S. Turner P.A. shall recover from TODD ALRIC HEIBEL the grand total amount of **$1,000.00.**

6. The grand total amount due and owing to which Paragraph 5 refers shall bear interest from this date forward at the prevailing legal rate of interest for which let execution issue.

7. The address for BARRY E. MUKAMAL, not individually but as Chapter 7 Trustee of the Estate of the TODD ALRIC HEIBEL is: 2 South Biscayne Blvd, Suite 1600, Miami, FL 33131.

8. The address for Barry S. Turner P.A. is: 2 South Biscayne Blvd, Suite 1600, Miami, FL 33131.

9. The address for TODD ALRIC HEIBEL is: 1991 Main Street Ste. 242, Sarasota, FL 34236.

#   #   #

Submitted By:
Barry S. Turner, Esq.
Barry S. Turner P.A.
PO Box 330189
Miami, Florida 33233
Tel: (305) 699-4392
Email: bt@bstpa.com
*Counsel for Barry E. Mukamal, Trustee*

*Attorney Turner shall serve copies of this Order on all parties of record who do not receive service via CM/ECF, and to file proof of such service within three (3) business days from entry of the Order.*

Case 24-12330-LMI    Doc 82    Filed 07/21/25    Page 3 of 3